
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 2:12-CR-453 |
| v. | : |
| | : (Judge Gardner) |
| STEPHEN CHRISTOPHER PYLE, | : |
| Defendant | : |

## ORDER

NOW, this 4th day of June, 2014, upon consideration of the Government's Motion to Dismiss Indictment, it appearing that the Government's motion is unopposed; it further appearing that the Motion to dismiss is made in accord with the terms and conditions of the parties written plea agreement, it further appearing that the ends of justice are served by granting the Government's motion,

IT IS FURTHER ORDERED that the Government's Motion to Dismiss the Indictment to Criminal Number 2:12-CR-453 is granted.

IT IS FURTHER ORDERED, that in accord with the Government's Motion, and pursuant to Title 18 U.S.C. § 3926, the United States may at its sole election reinstate any dismissed counts in

the event that the charges to which the defendant has pleaded guilty pursuant to the plea agreement are subsequently vacated or set aside by the district court or any appellate court.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge