IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NOs. 12-453, 13-531 |
| | : | CIVIL ACTION NOs. 21-2932, 21-2951 |
| STEPHEN CHRISTOPHER PYLE | : | |

**ORDER**

**AND NOW**, this 20th day of July, 2022, after considering the amended motions under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody filed by the *pro se* movant, Stephen Christopher Pyle (Crim. A. No. 12-453, Doc. No. 76; Crim. A. No. 13-531, Doc. No. 35), and the response in opposition to the motions filed by the government (Crim. A. No. 13-531, Doc. No. 37); and after reviewing the applicable record in this case; and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The amended motions under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (Crim. A. No. 12-453, Doc. No. 76; Crim. A. No. 13-531, Doc. No. 35) are **DENIED** without a hearing;

2. The clerk of court shall serve a copy of this order and the separately-filed memorandum opinion upon the movant, Stephen Christopher Pyle, at his address of record;

3. There is no cause for issuance of a certificate of appealability;

4. The clerk of court shall **REMOVE** Civil Action Nos. 21-2932 and 21-2951 from civil suspense and **RETURN** them to the undersigned's active docket; and

5. The clerk of court is directed to **CLOSE** Civil Action Nos. 21-2932, 21-2951.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.